```
-------------------------------------------------------------------------------
Date:       ███████       ▓▓▓M BEACH POLICE DEPARTMENT●        Page:    ████
Time:       ███████                Incident Report              Program: ████
-------------------------------------------------------------------------------
```

Case No. . . . :  ████████████                                    (Continued)
                        Entered By.: ████████████████                 ████

On ██████ 2006, I received several phone calls throughout the day from ██████ who stated he had been followed aggressively by a private investigator. ██████ stated that as he drove to and from work and running errands throughout the county, the same vehicle was behind him running other vehicles off the road in an attempt not to lose sight of ██████'s vehicle.

I explained to him as Mr. Epstein had retained new legal council it was possible it would be new private investigators following him to observe his daily activities. I also explained to him that there was a meeting scheduled with ████████████████ and ████████ ████████ at ████████████████████ scheduled on ████████ ████ I attempted to call ████████████████ to inform ████ of the private investigators following ██████ however; ████████████████████████████████████████████████████

████████████████, I received other phone calls from ███ and ██████ who advised they were able to acquire the private investigators license plate information. The subject following them was again driving very aggressively and caused ██████ to run off the road. ██████ stated the vehicle is a green Chevy ████████ bearing Florida tag ██████. The vehicle is registered to ████████████████ of ████████ Florida. ██████████ is employed with ██████ Investigations from ██████, Florida. ██████████ is a licensed Private Investigator in the State of Florida.

Since the discovery of the threat made against one of the victims in this case ███, I requested subpoenas for all calls made to and received from ████████████ during the month of March 2006 for her cell phone and home phone. I had confirmed with Florida State ████████████ the exact dates of Spring Break ████████.. The Spring Break was from March 4, 2006 through March 12, 2006. I received a subpoena from ████████████ with all calls made during the month of ██████. I reviewed the 989 calls made and received during the month of March 2006. I observed on ████████, 2006, ██████ made and received thirty five calls during that day.

| Date       | Time      | Seconds | In/Out   | To/From   |
|------------|-----------|---------|----------|-----------|
| ████-06    | 11:03 AM  | 492     | Outbound | ████████  |
| ████-06    | 11:16 AM  | 6       | Inbound  | ████████  |
| ████-06    | 11:22 AM  | 887.2   | Inbound  | ████████  |
| ████-06    | 11:37 AM  | 48      | Outbound | ████████  |
| ████-06    | 11:39 AM  | 28.2    | Inbound  | ████████  |
| ████-06    | 12:02 PM  | 727.2   | Inbound  | ████████  |

The table reflects the date of the calls, time of day (EST), duration

```
------------------------------------------------------------------------
Date:    ▇▇▇▇▇▇▇▇         PALM BEACH POLICE DEPARTMENT            Page:    ▇▇
Time:    ▇▇▇▇▇▇▇▇              Incident Report                    Program: ▇▇
------------------------------------------------------------------------
Case No. . . . :  ▇▇▇▇▇▇▇▇▇▇                                    (Continued)
```

of call in seconds, inbound or outbound calls and calls made to or from ▇▇▇▇▇▇ phone. On ▇▇▇▇▇▇, 2006, at 11:03 am, ▇▇▇▇▇ made a call to the victim ▇▇ which lasted 492 seconds (8 minutes and 2 seconds). The victim then returned the call at 11:16 am which lasted 6 seconds. The victim then made contact with ▇▇▇▇▇ at 11:22 am for 877.2 seconds (14 minutes and 6 seconds). These sequences of calls were consistent with what the victim had described to me on the date of the intimidation. Immediately after speaking with the victim, ▇▇▇▇▇ makes a call to ▇▇▇▇▇▇▇▇▇, Epstein's assistant, which lasts for forty-eight seconds. A call is then immediately received, a telephone number registered to a Corporation affiliated with Jeffrey Epstein located at 457 Madison Ave in New York. An extensive computer check revealed 457 Madison Ave is a business address in which Epstein has his corporations assigned to. Epstein had corporation attorney, ▇▇▇▇▇▇▇▇▇▇, register the businesses and register himself as an agent. I also observed Epstein has his El Zorro Ranch Corporation, New York Strategy Group, Ghislaine Corporation, J Epstein and Company and the Financial Strategy Group registered to this same address. Finally, a third call is received by ▇▇▇▇▇ at 12:02 pm from the same corporate number which lasts 12 minutes and 1 second. It should be noted that there is no further contact with either the victim during the month of ▇▇▇▇▇▇▇▇▇▇ of 2006. I also noted that there was no further contact with ▇▇▇▇▇▇▇▇▇ or Jeffrey Epstein during the remainder of the month of ▇▇▇▇▇▇▇▇▇▇ 2006.

On ▇▇▇▇▇▇, 2006, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ telephoned me to inform me of the meeting that occurred with Atty. ▇▇▇▇▇▇▇▇▇▇ and ▇▇ reference this case. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Inv Continues.