UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 19 Cr 490 (RMB) |
| | ) |
| JEFFREY EPSTEIN, | ) |
|     Defendant | |

## Motion For Admission Pro Hac Vice

Pursuant to Rule 1.3 of the Local Rules for the United States District Court for the Southern District of New York, I Martin G. Weinberg, hereby move this Court for an Order for admission Pro Hac Vice to appear as co-counsel for Jeffrey Epstein in the above-captioned matter.

Counsel states that he is a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against counsel in any state or federal court.

Respectfully submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Facsimile: (617) 338-9538
owlmgw@att.net

Dated: July 15, 2019

1

**Certificate of Service**

    I, Martin G. Weinberg, hereby certify that on this date, July 15, 2019, a copy of the foregoing document has been served via CM/ECF on Assistant U.S. Attorney Alex Rossmiller and all other counsel of record.

                                                             **/s/ Martin G. Weinberg**
                                                             Martin G. Weinberg

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fourth** day of **April** A.D. **1972**, said Court being the highest Court of Record in said Commonwealth:

### Martin G. Weinberg

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eleventh** day of **July** in the year of our Lord **two thousand and nineteen.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 19 Cr 490 (RMB) |
| | ) |
| JEFFREY EPSTEIN, | ) |
|     Defendant | |

**Order For Admission Pro Hac Vice**

The motion of Martin G. Weinberg, for admission to practice Pro Hac Vice in the above captioned matter, is granted.

Applicant has declared he is a member in good standing of the bar of the Commonwealth of Massachusetts and his contact information is as follows:

    Martin G. Weinberg, Esq.
    Martin G. Weinberg, P.C.
    20 Park Plaza, Suite 1000
    Boston, MA 02116
    Telephone: (617) 227-3700
    Facsimile: (617) 338-9538
    owlmgw@att.net

Applicant having requested admission Pro Hac Vice to appear as co- counsel for Jeffrey Epstein in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated:_____

                                              Richard M. Berman
                                              United States District Court Judge