UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 19 Cr 490 (RMB) |
| | ) |
| JEFFREY EPSTEIN, | ) |
| Defendant | |

## Order For Admission Pro Hac Vice

The motion of Martin G. Weinberg, for admission to practice Pro Hac Vice in the above

captioned matter, is granted.

Applicant has declared he is a member in good standing of the bar of the Commonwealth

of Massachusetts and his contact information is as follows:

Martin G. Weinberg, Esq.
Martin G. Weinberg, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Facsimile: (617) 338-9538
owlmgw@att.net

Applicant having requested admission Pro Hac Vice to appear as co- counsel for Jeffrey

Epstein in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned matter in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the rules governing discipline of attorneys.

Dated:_____                              Richard M. Berman
                                                    United States District Court Judge