**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2019

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/19
```

Re:   *United States v. Jeffrey Epstein*, 19 Cr. 490 (RMB)

Dear Judge Berman:

The Government submits this letter respectfully to request the exclusion of speedy trial time between July 15, 2019, and July 18, 2019, the date of the next conference in the above-captioned case, in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). I have conferred with defense counsel, who consent to this request.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alex Rossmiller / Alison Moe / Maurene Comey
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2415 / 2225 / 2324

Cc:   Martin Weinberg, Esq., and Reid Weingarten, Esq., *counsel for defendant*

Application granted.

SO ORDERED:
Date: 7/16/19
Richard M. Berman, U.S.D.J.