```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,         )
                                  )
                                  )
v.                                ) Criminal No. 19 Cr 490 (RMB)
                                  )
JEFFREY EPSTEIN,                  )
    Defendant

### Order For Admission Pro Hac Vice

The motion of Martin G. Weinberg, for admission to practice Pro Hac Vice in the above captioned matter, is granted.

Applicant has declared he is a member in good standing of the bar of the Commonwealth of Massachusetts and his contact information is as follows:

Martin G. Weinberg, Esq.
Martin G. Weinberg, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Facsimile: (617) 338-9538
owlmgw@att.net

Applicant having requested admission Pro Hac Vice to appear as co- counsel for Jeffrey Epstein in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: 7/16/19

Richard M. Berman
United States District Court Judge