Reid Weingarten
1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main

www.steptoe.com
rweingarten@steptoe.com



July 17, 2019

**<u>VIA ECF</u>**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
(212) 805-6715
500 Pearl Street
New York, NY 10007

      RE:    ***United States v. Jeffrey Epstein,* No. 19-cr-490**

Dear Judge Berman:

      Pursuant to the Court's request and in further support of Mr. Epstein's bail submissions, attached are documents relating to Mr. Epstein's New Mexico registration status referenced in Mr. Epstein's July 16, 2019 letter supplementing his bail submission (Dkt.24).

      We thank the Court for its consideration and are pleased to provide any additional information the Court may need.

                          Yours truly,

                          /s Reid Weingarten
                          Steptoe & Johnson, LLP (NYC)
                          1114 Avenue of the Americas
                          New York, NY 10036
                          (202)-506-3900
                          Fax: (212)-506-3950
                          rweingarten@steptoe.com

Martin G. Weinberg (*pro hac vice*)
Martin G. Weinberg, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
Fax: (617) 338-9538
owlmgw@att.net

Marc Allan Fernich
Law Office of Marc Fernich
810 Seventh Ave
Suite 620
New York, NY 10019
(212) 446-2346
Fax: (212) 446 2330
maf@fernichlaw.com

# EXHIBIT A



# NEW MEXICO
## DEPARTMENT OF PUBLIC SAFETY
POST OFFICE BOX 1628 • SANTA FE, NEW MEXICO 87504-1628



BILL RICHARDSON
GOVERNOR

JOHN DENKO JR.
CABINET SECRETARY

OFFICE OF THE SECRETARY
827-3370

OFFICE OF THE CHIEF
NEW MEXICO STATE POLICE
827-9219

FARON W. SEGOTTA
DEPUTY SECRETARY—OPERATIONS
CHIEF—STATE POLICE

DR. MIKE L. MIER
DEPUTY SECRETARY—ADMINISTRATION

August 19, 2010

Jeffery E. Epstein
███████████
Stanley, NM ████

## RE: SEX OFFENDER REGISTRATION AND NOTIFICATION ACT

Dear Jeffery E. Epstein:

After reviewing your file it is our determination that under the current NMSA 29-11A you are not required to register with the State of New Mexico at this time for your 2008 Florida conviction of Procuring Person Under 18 for Prostitution. However, while you reside temporarily in New Mexico you may be required to register per Title I of the Adam Walsh Child Protection and Safety Act of 2006.

Please contact Teresa Hernandez at ████████, if you have any further questions.

Sincerely,

Regina Chacon, Assistant Bureau Chief
Law Enforcement Records Bureau
NM Department of Public Safety

CC: Santa Fe County Sheriff
File:
TH: RC

ADMINISTRATIVE SERVICES
827-9022
INFORMATION TECHNOLOGY
827-9262
MOTOR TRANSPORTATION
POLICE DIVISION
476-2457



CALEA
ACCREDITED LAW ENFORCEMENT AGENCY

SPECIAL INVESTIGATIONS
841-8053
TECHNICAL SUPPORT
827-9221
TRAINING AND RECRUITING
827-9251

# EXHIBIT B



**From:** Jeffrey Epstein █████████████
**Subject:**
**Date:** July 25, 2012 at 2:54 PM
**To:** Deborah Anaya ██████████████
**Cc:** Darren Indyke ██████████

DETECTIVE,  I WILL BE STAYING IN SANTA FE, FOR APPROX THREE WEEKS STARTING NEXT MONDAY THE 30. TH

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ████████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

From: **Jeffrey Epstein** ▮▮▮▮▮▮▮▮▮▮▮▮
Subject:
Date: July 30, 2012 at 10:27 PM
To: Deborah Anaya ▮▮▮▮▮▮▮▮▮▮▮▮
Cc: Darren Indyke ▮▮▮▮▮▮▮▮

I arrived today in new mexico  will be in and out of the state for the next month.  hope things are well

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ▮▮▮▮▮▮▮▮▮▮▮▮ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved



**From:** Jeffrey Epstein █████████████
**Subject:**
**Date:** September 14, 2012 at 10:13 PM
**To:** Deborah Anaya █████████████
**Cc:** Darren Indyke █████████

out of an abundance of caution , i write to tell you that i arrived in new mexico. and will leave on tues the 18th,, hope you are well

--
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to █████████████    and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

From: **Jeffrey Epstein** ████████████████
Subject:
Date: February 23, 2013 at 8:52 AM
To: Deborah Anaya ████████████████
Cc: Darren Indyke ████████████

i will be in new mexico , 23-25  hope you are well

--
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ████████████████  and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein ████████████
**Subject:**
**Date:** April 25, 2013 at 7:09 PM
**To:** Deborah Anaya ████████████    Darren Indyke ████████████

i will be in new mexico for four days,  hope you are well

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

From: **Jeffrey Epstein** ███████████
Subject: sex regi
Date: December 18, 2013 at 6:30 PM
To: Deborah Anaya ███████████        Darren Indyke ███████████

happy holiday,
again out of an abundamce of caution please be advised that I will be in new mexico  for the week of 20-28   happy holiday
--
***********************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ███████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved



From: jeffrey E. ███████████
Subject:
Date: July 31, 2015 at 11:25 AM
To: Deborah Anaya ████████████
Cc: Darren Indyke ██████████

As an extra precaution I am letting you know that I will be on my ranch for the month of August . Hope you are well

--
     please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ████████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved