# EXHIBIT A




# NEW MEXICO
# DEPARTMENT OF PUBLIC SAFETY
POST OFFICE BOX 1628 • SANTA FE, NEW MEXICO 87504-1628

OFFICE OF THE SECRETARY
827-3370

OFFICE OF THE CHIEF
NEW MEXICO STATE POLICE
827-9219

**BILL RICHARDSON**
GOVERNOR

**JOHN DENKO JR.**
CABINET SECRETARY

**FARON W. SEGOTTA**
DEPUTY SECRETARY—OPERATIONS
CHIEF—STATE POLICE

**DR. MIKE L. MIER**
DEPUTY SECRETARY—ADMINISTRATION

August 19, 2010

Jeffery E. Epstein
███████████████
Stanley, NM ████

**RE: SEX OFFENDER REGISTRATION AND NOTIFICATION ACT**

Dear Jeffery E. Epstein:

After reviewing your file it is our determination that under the current NMSA 29-11A you are not required to register with the State of New Mexico at this time for your 2008 Florida conviction of Procuring Person Under 18 for Prostitution. However, while you reside temporarily in New Mexico you may be required to register per Title I of the Adam Walsh Child Protection and Safety Act of 2006.

Please contact Teresa Hernandez at ████████████, if you have any further questions.

Sincerely,

*[signature]*

Regina Chacon, Assistant Bureau Chief
Law Enforcement Records Bureau
NM Department of Public Safety

CC: Santa Fe County Sheriff
File:
TH: RC

ADMINISTRATIVE SERVICES
827-9022

INFORMATION TECHNOLOGY
827-9262

MOTOR TRANSPORTATION
POLICE DIVISION
476-2457



CALEA
ACCREDITED LAW ENFORCEMENT AGENCY

SPECIAL INVESTIGATIONS
841-8053

TECHNICAL SUPPORT
827-9221

TRAINING AND RECRUITING
827-9251