# EXHIBIT B

**From:** Jeffrey Epstein ███████████

**Subject:**

**Date:** July 25, 2012 at 2:54 PM

**To:** Deborah Anaya ███████████

**Cc:** Darren Indyke ████████

JE

DETECTIVE, I WILL BE STAYING IN SANTA FE, FOR APPROX THREE WEEKS STARTING NEXT MONDAY THE 30. TH

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ██████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein <span style="background:black">█████████</span>
**Subject:**
**Date:** July 30, 2012 at 10:27 PM
**To:** Deborah Anaya <span style="background:black">█████████</span>
**Cc:** Darren Indyke <span style="background:black">█████</span>

I arrived today in new mexico  will be in and out of the state for the next month.  hope things are well

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to <span style="background:black">███████████</span> and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein ████████████

**Subject:**

**Date:** September 14, 2012 at 10:13 PM

**To:** Deborah Anaya ████████████

**Cc:** Darren Indyke ████████

out of an abundance of caution , i write to tell you that i arrived in new mexico. and will leave on tues the 18th,, hope you are well

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein ███████████

**Subject:**

**Date:** February 23, 2013 at 8:52 AM

**To:** Deborah Anaya ██████████████

**Cc:** Darren Indyke ████████

i will be in new mexico , 23-25  hope you are well

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to ████████████ and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein █████████████

**Subject:**

**Date:** April 25, 2013 at 7:09 PM

**To:** Deborah Anaya ██████████████     Darren Indyke ████████████

i will be in new mexico for four days,  hope you are well

--

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ███████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein ████████████████

**Subject:** sex regi

**Date:** December 18, 2013 at 6:30 PM

**To:** Deborah Anaya ████████████████████ Darren Indyke ███████████

happy holiday,

again out of an abundamce of caution please be advised that I will be in new mexico  for the week of 20-28   happy holiday

--

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ███████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**From:** jeffrey E. ████████████
**Subject:**
**Date:** July 31, 2015 at 11:25 AM
**To:** Deborah Anaya ████████████
**Cc:** Darren Indyke ████████

As an extra precaution I am letting you know that I will be on my ranch for the month of August . Hope you are well

--
please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to ████████████ and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved