```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                    Government,      :     19 Cr 490 (RMB)
                                     :
          - against -                :     **ORDER**
                                     :
JEFFREY EPSTEIN,                     :
                    Defendant.       :
------------------------------------------------------------x

The conference in this matter is rescheduled from 9:30 am on July 18, 2019 to 11:30 am on July 18, 2019.

Dated: New York, New York
       July 17, 2019



RICHARD M. BERMAN
U.S.D.J.