UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>JEFFREY EPSTEIN,<br><br>          *Defendant*. | Case No. 19 Cr. 490 (RMB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that James L. Brochin, a member in good standing of the Bar of this Court and a member of the law firm Steptoe & Johnson LLP, hereby enters his appearance as counsel of record for Defendant Jeffrey Epstein, in the above-captioned action.

Dated: New York, New York
       July 17, 2019

Respectfully submitted,

By: /s/ *James L. Brochin*
    James L. Brochin
    STEPTOE & JOHNSON LLP
    1114 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 506-3900
    Fax: (212) 506-3950
    E-mail: jbrochin@steptoe.com

    *Counsel for Defendant*
    *Jeffrey Epstein*