

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2019

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Jeffrey Epstein*, 19 Cr. 490 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to briefly respond to one aspect of the defendant's July 16, 2019 letter (ECF No. 24), and to provide the Court with additional information regarding the defendant's foreign passport. The defendant's July 16, 2019 letter asserts: "[A]s for the Austrian passport the government trumpets, it expired 32 years ago. And the government offers nothing to suggest—and certainly no evidence—that Epstein ever used it." (ECF No. 24 at 7). In fact, the passport contains numerous ingress and egress stamps, including stamps that reflect use of the passport to enter France, Spain, the United Kingdom, and Saudi Arabia in the 1980s.

    The Government further notes that the defendant's submission does not address how the defendant obtained the foreign passport and, more concerning, the defendant has still not disclosed to the Court whether he is a citizen or legal permanent resident of a country other than the United States.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                By:    /s    Alison Moe
                      Alison Moe / Alex Rossmiller / Maurene Comey
                      Assistant United States Attorneys
                      Southern District of New York
                      Tel: (212) 637-2225 / 2415 / 2324

Cc:    All counsel of record (Via ECF)