LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

July 18, 2019

**BY ECF**

Hon. Richard M. Berman
USDJ-SDNY
Daniel P. Moynihan US Courthouse
500 Pearl St.
Courtroom 17B
New York, NY 10007-1312

    Re:    *US v. Jeffrey Epstein*, 19 CR 490 (SDNY) (RMB)

Dear Judge Berman:

    Jeffrey Epstein replies to yesterday's government letter.

    Epstein was given the passport at issue by a friend. Some Jewish-Americans were informally advised at the time to carry identification bearing a non-Jewish name when traveling internationally in case of hijacking. He never used the document to travel internationally and never presented it to any immigration or customs authority. The passport stamps, predating his receipt of the document, do not reflect Mr. Epstein's entries or exits. His expired US passports, seized by the government and in its possession, would verify his true travel. The defense has asked the government to bring the original document to court for examination and inspection.

    As Mr. Epstein truthfully reported in his Pretrial Services interview, he is a life-long American citizen. He has no other citizenship or legal permanent residency.

    Respectfully,

    Marc Fernich
    Martin Weinberg
    Reid Weingarten

cc:    All counsel