**Villafana, Ann Marie C. (USAFLS)**

From: Jay Lefkowitz [JLefkowitz@kirkland.com]
nt: Thursday, September 13, 2007 7:35 PM
: Villafana, Ann Marie C. (USAFLS)
Subject: Re:

Sounds good. I will be at home. Let's talk at 9 am.  ▮  Already thinking about the same statutes.

Look forward to speaking in the morning.

Best, Jay


----- Original Message -----
From: "Villafana, Ann Marie C. \ ▮
Sent: 09/13/2007 07:26 PM AST
To: Jay Lefkowitz
Subject: RE:


Hi Jay -- Yes, I am. I have been spending some quality time with Title 18 looking for misdemeanors. Do you want to take a look at 18 USC 403, 18 USC 1512(d), and 47 USC 223(a)(1)(B) and we can talk about them tomorrow? I know that someone mentioned there being activity on an airplane, I just want to make sure that there is factual basis for the plea that the agents can confirm.

I'm not sure exactly where I will be tomorrow morning, so is it alright if I call you?

Have a good evening.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

▮

-----Original Message-----
From: Jay Lefkowitz [mailto:JLefkowitz@kirkland.com]
Sent: Thursday, September 13, 2007 7:21 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject:


Marie - Are you free to speak at 9 am tomorrow?

Thanks.  Jay

**************************************************
e information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

1

RFP MIA 000075

the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**************************************************************

**************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**************************************************************

RFP MIA 000076

## Villafana, Ann Marie C. (USAFLS)

From: Villafana, Ann Marie C. (USAFLS)
Sent: Tuesday, September 18, 2007 8:44 AM
To: 'Jay Lefkowitz'
Subject: Draft Agreements?

Hi Jay – I was hoping there would be things for me to read this morning, but I will try to remain patient.

I believe there are only two types of agreements that would apply to this case: (1) a plea agreement to a federal charge or charges; and (2) a non-prosecution agreement (which is really a deferred prosecution agreement because the defendant agrees that if he violates the agreement, the U.S. can prosecute him).

A plea agreement is part of the court file. It is not accessible on-line via PACER, but someone can go to the Clerk's Office to obtain a copy.

A non-prosecution agreement would not be made public or filed with the Court, but it would remain part of our case file. It probably would be subject to a FOIA request, but it is not something that we would distribute without compulsory process.

On the obstruction charges, many of the facts I included in that first proffer were hypothesized based upon our discussions and the agents' observations of ▮▮▮▮. We will need to interview her to confirm the accuracy of those facts. On a second count, we could rely on the incident where Mr. Epstein's private investigators followed ▮▮▮ father, forcing him off the road. Or, if there is something more recent related to any ▮▮▮ ▮▮▮▮▮▮ we could consider that.

Hope that helps.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

▮▮▮▮▮▮▮

1

RFP MIA 000095

**Villafana, Ann Marie C. (USAFLS)**

From: Jay Lefkowitz [JLefkowitz@kirkland.com]
Sent: Wednesday, September 19, 2007 11:36 AM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Draft Agreements?

Confidential - For settlement purposes only

Still working on redline. But pls look at this:

On August __, 2007, FBI Special Agents E. Nesbitt Kuyrkendall and Jason Richards traveled to the home of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in connection with an investigation pending in the Southern District of Florida. Mr. Epstein was informed of the service of the ▮▮▮▮▮▮▮▮▮▮ As a result, Mr. Epstein attempted to harass both ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ delay and hinder their receipt of a ▮▮▮▮ to attend an official proceeding, more particularly the ▮▮▮▮▮▮▮▮▮▮ to which ▮▮▮▮▮▮▮▮▮▮. Mr. Epstein, in particular, changed travel plans and flew with both ▮▮▮▮▮▮▮▮▮▮ to the United States Virgin Islands rather than to an airport in New Jersey in order to attempt to delay their receipt of what Mr. Epstein expected to be a ▮▮▮▮▮▮▮▮▮▮ Mr. Epstein further verbally harassed both ▮▮▮▮▮▮▮▮▮▮▮▮ in connection to this attempt to delay their voluntary receipt of process all in violation of 18 USC 1512(d)(1).

----- Original Message -----
From: "Villafana, Ann Marie C. \(USAFLS\)"
Sent: 09/19/2007 11:18 AM AST
To: Jay Lefkowitz
Subject: RE: Draft Agreements?

Hi Jay – I don't know the factual basis for the alleged ▮▮▮▮▮▮▮▮▮▮ because we have no independent evidence of that. So, the agents need to talk to them and then I can draft up a proposed factual proffer. I have sent an e-mail to Barry and Lanna to determine their availability. Thanks.

*A. Marie Villafaña*
Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this

1