**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

FILED
U.S. DISTRICT COURT
2019 JUL 22 PM 4: 47
S.D. OF N.Y.

United States District Court

Southern District of New York

Caption:
United States v.

Jeffrey Epstein

Docket No.: 19-cr-00490 (RMB)
Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that **Defendant Jeffrey Epstein** appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ **Decision & Order Remanding Defendant** (specify) entered in this action on **July 18, 2019** (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial | | N/A |✓|.

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A [ ]

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Reid Weingarten |
| Counsel's Address: | 1114 Avenue of the Americas |
| | New York, NY 10036 |
| Counsel's Phone: | (212) 506-3900 |
| Assistant U.S. Attorney: | Alex Rossmiller |
| AUSA's Address: | 1 Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2415 |

_____
Signature