UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      -against-

JEFFREY EPSTEIN,

                      Defendant.
-------------------------------------------------------------X

**ORDER**

19 Cr 490

Counsel for the Government and the Defense are requested to meet and confer prior to Wednesday's conference and to devise a mutually acceptable schedule for the balance of the case, including discovery, motion practice, and trial.

Dated: New York, New York
       July 29, 2019



RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/19