**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

---

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6300, (646) 836-7551 (Fax)

August 10, 2019

SENT VIA EMAIL
The Honorable Colleen McMahon, Chief Judge
The Honorable Richard M. Berman, District Judge
Daniel Patrick Moynihan United
   States Courthouse
500 Pearl Street
New York, New York    10007-1312

Re:    <u>**EPSTEIN, Jeffrey**</u>**, Federal Register No. 76318-054**
        <u>**United States v. Jeffrey Epstein**</u>**, 19-cr-00490-RMB**

Dear Chief Judge McMahon and Judge Berman:

I am writing to notify the Court of the death of Jeffrey Epstein, who passed away Saturday, August 10, 2019, at around 7:37 a.m.

Mr. Epstein had been found unresponsive in his cell in the Special Housing Unit at around 6:30 am from an apparent suicide at the Metropolitan Correctional Center (MCC) in New York, New York.  Responding staff immediately initiated life-saving measures and requested emergency medical services (EMS), by whom Mr. Epstein was transported to a local hospital for treatment of life-threatening injuries.  Mr. Epstein was pronounced dead at the New York Presbyterian-Lower Manhattan Hospital in New York, New York.

At this time, there are no preliminary reports identifying the exact cause of death.  An autopsy is pending, and we expect to have more information as to the cause of death from the medical examiner in the near future.  The Federal Bureau of Investigation (FBI) is actively investigating the incident.  In addition to the FBI's investigation, the Attorney General has requested that the Department of Justice Office of the Inspector General look into the matter as well.

MCC New York will provide an update to the Court as soon as the autopsy is completed and the official cause of death is determined. If you have any questions or concerns, please feel free to call me at (646)836-7700. Thank you for your time and attention to this matter.

Sincerely,

Lamine N'Diaye
Warden
MCC New York

cc:   Michael Greco, U.S. Marshal, and John Csakany, Chief Deputy U.S. Marshal
      Michael J. Fitzpatrick, Chief U.S. Probation Officer
      Maurene Comey, Alexander Rossmiller, and Alison Moe, Assistant U.S. Attorneys
      Martin Weinberg and Reid Weingarten, Counsel for Mr. Epstein