**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007
(212) 805-6715

CHAMBERS OF
RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

August 12, 2019

Lamine N'Diaye, Warden
Metropolitan Correctional Center
150 Park Row
New York, New York 10007

Dear Warden N'Diaye,

    Thank you for your letter of August 10, 2019 regarding the death of Jeffrey Epstein. Mr. Epstein's death is a tragedy to everyone involved in his case.

    One open question, among others, is whether the investigations referenced in your letter will include the incident at MCC involving Mr. Epstein on or about July 23, 2019. To my knowledge, it has never been definitively explained what the BOP concluded about that incident.

Sincerely,

Richard M. Berman

Richard M. Berman

cc: Chief Judge Colleen McMahon
    Edward Friedland, District Executive
    Adam Johnson, Supervisory Staff Attorney MCC
    Michael Greco, U.S. Marshal
    Alison Moe, Assistant United States Attorney
    Martin Weinberg, Counsel for Mr. Epstein