

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

---

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6300, (646) 836-7751 (Fax)

August 12, 2019

SENT VIA EMAIL
The Honorable Richard M. Berman, District Judge
Daniel Patrick Moynihan United
　States Courthouse
500 Pearl Street
New York, New York    10007-1312

Re:   **EPSTEIN, Jeffrey, Federal Register No. 76318-054**
　　　**United States v. Jeffrey Epstein, 19-cr-00490-RMB**

Dear Judge Berman:

I am writing in regards to your August 12, 2019 inquiry whether the investigations referenced in my August 10, 2019 letter will include the incident at MCC involving Mr. Epstein on or about July 23, 2019.

I can confirm that, although an internal investigation was completed regarding the July 23, 2019 incident, the current investigations by the FBI and OIG will include this incident as well. Accordingly, I cannot divulge any information about the prior investigation at this time.

Thank you for your time and attention to this matter.   If you have any questions or concerns, please feel free to call me at (646)836-7700.

Sincerely,

Lamine N'Diaye
Warden
MCC New York

cc:　　Chief Judge Colleen McMahon
　　　　Edward Friedland, District Executive
　　　　Michael Greco, U.S. Marshal
　　　　Alison Moe, Assistant U.S. Attorneys
　　　　Martin Weinberg, Counsel for Mr. Epstein