**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2019

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Jeffrey Epstein*, 19 Cr. 490 (RMB)

Dear Judge Berman:

      As the Court is aware, on the morning of August 10, 2019, Jeffrey Epstein died while in custody at the Metropolitan Correctional Center. On August 16, 2019, and after conducting an autopsy, the Office of the Chief Medical Examiner of the City of New York issued a statement identifying the cause of death as hanging, and the manner of death as suicide. In light of the death of the defendant prior to a conviction becoming final, the Government must request the Court approve the attached proposed order of *nolle prosequi*.

      Consistent with our practice throughout this case and our obligations under the Crime Victims' Rights Act, the Government has made efforts to contact all identified victims since learning of the death of the defendant and will similarly notify all known victims of the attached order, once entered. As this Office has previously stated publicly, it remains committed to doing its utmost to stand up for the victims who have already come forward, as well as for the many others who have yet to do so.

                                                   Respectfully submitted,

                                                   GEOFFREY S. BERMAN
                                                   United States Attorney

By: _____
       Alison Moe / Alex Rossmiller / Maurene Comey
       Assistant United States Attorneys
       Southern District of New York
       Tel: (212) 637-2225 / 2415 / 2324

Cc:    All counsel of record (Via ECF)