```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Government.

   -against-

JEFFREY EPSTEIN,
                Defendant.
-----------------------------------------------------------X

**ORDER**

19 Cr 490

    The Court will conduct a brief hearing on Tuesday, August 27, 2019 at 10:30 a.m. in connection with the *nolle prosequi* order proposed to the Court on August 19, 2019 by the United States Attorney.

    The Court believes that where, as here, a defendant has died before any judgment has been entered against him, the public may still have an informational interest in the process by which the prosecutor seeks dismissal of an indictment.

    At the hearing, Counsel for the Government and for the deceased Defendant, Jeffrey Epstein, will be heard. Counsel for the victims and the victims will also be heard, if they wish to be.

    The hearing will be held in Courtroom 17B.

Dated: New York, New York
       August 21, 2019



                              RICHARD M. BERMAN, U.S.D.J.