UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Government,

      - against -

JEFFREY EPSTEIN,

                     Defendant.
------------------------------------------------------------x

19 CR. 490 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/19

The hearing scheduled for Tuesday, August 27, 2019 at 10:30 a.m. will be held in Courtroom 110 of the Thurgood Marshall United States Courthouse located at 40 Foley Square.

Dated: New York, New York
       August 26, 2019

*Richard M. Berman*

**RICHARD M. BERMAN, U.S.D.J.**