```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/19
```

District Judge Richard Berman

# IN THE SOUTHERN DISTRICT CIRCUIT COURT of NEW YORK
## FOR THE UNITED STATES OF AMERICA

THE UNITED STATES OF AMERICA,

        Plaintiffs,

v.

JEFFREY EPSTEIN,

        Defendants,

and:

David A. Golden (alias Jeremy Thundercloud/ G.)

        Intervenor

CRIMINAL ACTION NO. 1:19-cr-00490

Motion to Intervene

Application respectfully denied.

SO ORDERED:
Date: 8/27/19

Richard M. Berman
Richard M. Berman, U.S.D.J.

## MOTION TO INTERVENE

    David Golden (herewith referred to as G.) respectfully moves to Intervene in the action, as this case involves common issues of law and fact that are common with his own case, including criminal fraud and conspiracy. G.'s complaint (No. CV186051 RBL) was filed under the False Claims Act in the District Ct. of Western Washington in December of 2018.

                              DAVID GOLDEN
                              15151 NW MASON HILL RD
                              NORTH PLAINS, OR 97133

### RELIEF REQUESTED

Relator/ Intervenor requests seizure of the politically corrupt organization USDOJ; associated with abuses of prosecutorial discretion, fraud, and public corruption. Intervenor has witnessed the same pattern of political/ judicial corruption at work in his own case; and has now identified the same conspiracy at work in this case.

### FACTUAL BACKGROUND

- Intervenor was a licensed engineer and bridge inspector for State of Washington. In 2012/2013, Intervenor filed a whistleblower complaint with the Washington State Auditor's Office. The complaint was escalated to Michael Horowitz's office of the Inspector General (OIG; See EXHIBIT A Case 1:19-CR-00490-RMB hereby attached by Declaration). OIG refused to investigate the complaint. State of Washington fraudulently concealed that it secured funds for fixing the bridges that Intervenor complained about, and misrepresented the safety issue. Intervenor later discovered that State of Washington concealed this information so that "Democrats" and Republicans could launder $70 billion to the Association of General Contractors (AGC) and the labor unions through intervenor's attorneyz.

- On 12/27/19, Intervenor filed a False Claims complaint in the District Ct of Western WA under the False Claims Act, seeking $1 billion in damages and *qui tam* bounty against "Democrats", Republicans, and his former attorneys for fraud (See EXHIBIT B Case 1:19-CR-00490-RMB hereby attached by Declaration (first 2 pages only)).

- On 5/1/13, USDOJ submitted a fraudulent motion to dismiss intervenor's claim (See EXHIBIT C Case 1:19-CR-00490-RMB hereby attached by Declaration), falsely stating that intervenor's allegations "lack sufficient factual and legal support."

- On 5/13/19, Intervenor filed a petition for *quo warranto* against Bill Barr and other USDOJ attorneys for conspiracy, fraud, obstruction, and perjury (See EXHIBIT D Case 1:19-CR-00490-RMB hereby attached by Declaration).

- On 5/14/19, Intervenor had his False Claims complaint fraudulently dismissed by the District Ct., after fraud, perjury, and obstruction were proven against USDOJ (See EXHIBIT E Case 1:19-CR-00490-RMB hereby attached by Declaration).

DAVID GOLDEN
15151 NW MASON HILL RD
NORTH PLAINS, OR 97133

- On 5/15/19, Intervenor had his petition for *quo warranto* against USDOJ for fraud/ obstruction/ perjury dismissed as "moot" (See EXHIBIT F Case 1:19-CR-00490-RMB hereby attached by Declaration).

- On 6/6/19, Intervenor identified the conspiracy (the same conspiracy at work in this case) to the District Ct. (Freemasonry/ Rotary; See EXHIBITS G and H (EXHIBIT H affidavit ¶ 12-17) Case 1:19-CR-00490-RMB hereby attached by Declaration). The conspiracy is subject to the unequal application of the laws; and the conspiracy monopolizes the judiciary.

- On 6/26/19, the District Court refused to vacate its decision, and threatened Intervenor with sanctions if Relator appealed the decision (See EXHIBIT I Case 1:19-CR-00490-RMB hereby attached by Declaration). Relator appealed.

- On 7/27/19, Intervenor sent USDOJ attorneyz the 9th Circuit mediation form (See EXHIBIT J Case 1:19-CR-00490-RMB hereby attached by Declaration), showing the course of action Intervenor intended to pursue on appeal. Intervenor also indicated that he intended to write about USDOJ's unlimited "prosecutorial discretion" to fraudulently dismiss False Claims complaints, as this "prosecutorial discretion" was the same "prosecutorial discretion" exercised by USDOJ and Alex Acosta in the Jeffrey Epstein case. Intervenor also attached an article by the former Deputy Attorney General of the United States (Donald Ayer), indicating that Barr was a "fierce advocate of unchecked presidential power". Intervenor also identified the judge in the District Ct. (formerly presiding over Intervenor's case), as being associated with the conspiracy.

- According to newspaper reports, on 7/29/19, Jeffrey Epstein was taken off suicide watch.

- According to newspaper reports, on 8/10/19, Epstein was found dead.

## **ARGUMENT**

Intervention in criminal matters "have been granted in limited circumstances where 'a third party's constitutional or other federal rights are implicated by the resolution of a particular motion, request, or other issue during the course of a criminal case.'" *United States v. Collyard*, case no. 12cr0058, 2013 WL1346202 at *2 (D. Minn. April 3, 2013 quoting *United States v. Carmichael*, 342 F. Supp. 2d 1070, 1072 (M.D. Ala 2004).

Here, just 3 months prior, Relator filed a petition of quo warranto against Bill Barr/ USDOJ for fraud, perjury, and treason. The judge in the District Ct. denied Relator (and the People) the right to quo warranto, and dismissed Relator's complaint to "moot" the quo warranto proceedings (Relator is entitled to this right under the 9th/10th Amdt.). Further, Relator has been denied constitutional and other legal rights as provided for under the 1st, 4th, 5th, and 14th amendments, the Crime Victims Act,

DAVID GOLDEN<br>
15151 NW MASON HILL RD<br>
NORTH PLAINS, OR 97133

and the substantial law. Intervenor has been denied these rights so that the conspiracy can continue laundering tax money. Intervenor has already proven that USDOJ/ OIG are politically corrupt federal agencies, as intervenor filed a whistleblower complaint with WA State Auditor and OIG in 2012/2013 because he was worried about structural bridge collapse. As a result of filing this complaint, intervenor had his career and reputation destroyed by OIG, State of WA, and his attorneyz. Relator has already shown that OIG/ USDOJ agencies cannot be trusted as they specialize in fraud and deception (see complaint No CV 18-6051 on Pacer for the entire complaint).

## CONCLUSION

For the foregoing reasons, and the fact that USDOJ and OIG have already been proven by relator to be politically corrupt agencies, G. respectfully requests that the Court approve his motion, and surrender USDOJ to relator.

The obstruction of the *quo warranto* proceedings and the "apparent acquittal" for USDOJ, has resulted in the "apparent suicide" of Jeffrey Epstein while under USDOJ / Bill Barr watch. Relator has already demonstrated/ proven that USDOJ/ OIG are corrupt and assisting Republicans and "Democrats" to launder tax money. Intervenor's motion should be granted.

Dated: August 21, 2019

Respectfully submitted,

David A. Golden

DAVID GOLDEN
15151 NW MASON HILL RD
NORTH PLAINS, OR 97133