UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :    NOLLE PROSEQUI
UNITED STATES OF AMERICA         :
                                 :    19 Cr. 490 (RMB)
          -v.-                   :
                                 :
JEFFREY EPSTEIN,                 :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/19

1.   The filing of this nolle prosequi will dispose of this case with respect to JEFFREY EPSTEIN, the defendant.

2.   On July 2, 2019, Indictment 19 Cr. 490 (the "Indictment") was returned, charging JEFFREY EPSTEIN, the defendant, with one count of conspiracy to commit sex trafficking of minors, in violation of 18 U.S.C. § 371, and one count of sex trafficking of minors, in violation of 18 U.S.C. § 1591.

3.   On or about August 10, 2019, while the above-captioned case was pending, but prior to any trial or other disposition, JEFFREY EPSTEIN, the defendant, died.

4.   Because JEFFREY EPSTEIN, the defendant, died while this case was pending, and therefore before a final judgment was issued, the Indictment must be dismissed under the rule of abatement. See United States v. Wright, 160 F.3d 905, 908 (2d Cir. 1998).

5. Accordingly, I recommend that an order of nolle prosequi be filed as to defendant JEFFREY EPSTEIN.

Dated:   New York, New York
         August 19, 2019

ALISON MOE / ALEX ROSSMILLER / MAURENE COMEY
Assistant United States Attorneys

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant JEFFREY EPSTEIN.

Dated:   New York, New York
         August 19, 2019

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

SO ORDERED:

Dated:   New York, New York
         August 29, 2019

The Court incorporates by reference the transcript of the hearing held on 8/27/19 in its entirety and underscores the significance of the Crime Victims' Rights Act, 18 U.S.C. § 3771.

RMB

Hon. Richard M. Berman
United States District Judge
Southern District of New York

2