# FORDHAM

University                                                    School of Law

Lincoln Center, 150 West 62nd Street, New York, NY 10023-7485

Bruce A. Green                                               Phone: 212-636-6851
Louis Stein Chair                                             Fax: 212-636-6899
                                                            bgreen@law.fordham.edu

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/19_

Aug. 30, 2019

RECEIVED
SEP 04 2019
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Hon. Richard M. Berman
U.S. District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

re:   United States v. Epstein, 1:19-cr-00490-RMB

Dear Judge Berman:

Yesterday, I was provided a partial transcript of the August 27, 2019 hearing in the above-captioned case, and I am writing to clarify the record.

As you know, I co-authored a New York Law Journal article before the hearing. The transcript quotes the court, in pertinent part, as follows with reference to me and the article: "On a somewhat more serious note, don't quote me on this, but it is my understanding that one of the authors of that article is himself counsel in one of the Epstein-related cases. I was surprised to learn that very recently. I'm certain it is true. I was also surprised that that aspect was not disclosed in the Law Journal." Later in the hearing, attorney David Boies made comments consistent with those of the court.

Just to clear up the evident misunderstanding: I have never been counsel to Epstein or his estate or to anyone in an Epstein-related case. I did serve as an expert witness, by way of expert declaration, in support of Professor Dershowitz's motion to disqualify Mr. Boies and his law firm in *Giuffre v. Dershowitz*, 1:19-cv-03377 (SDNY), a pending defamation case that might be described as "Epstein-related." My work as an expert witness, which concluded in June, did not involve my representation of, or advocacy on behalf of, Professor Dershowitz. I did not serve as counsel or as an advocate on anyone's behalf in co-authoring the law journal article.

Very truly yours,

Bruce A. Green

cc: AUSA Maurene Comey; Martin G. Weinberg, Esq.; Reid Weingarten, Esq.; David Boies, Esq.