UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    V.

JEFFREY EPSTEIN,

    Defendant.

19 CR 490 (RMB)

Before Hon. Richard M. Berman

**NOTICE OF WITHDRAWAL OF GLORIA ALLRED AND ALLRED, MAROKO & GOLDBERG OF REPRESENTATION OF THE SECOND OF THREE JANE DOES WHOSE VICTIM STATEMENTS WERE READ BY GLORIA ALLRED ON AUGUST 27, 2019**

ALLRED, MAROKO & GOLDBERG
BY:   GLORIA ALLRED

[Jane Doe appearing on Page 76 Line 20 through Page 78 Line 20 in the official transcript of the August 27, 2019 Victim Impact Statement hearing]

1

September 25, 2019
NOTICE OF WITHDRAWAL OF GLORIA ALLRED AND ALLRED, MAROKO & GOLDBERG OF REPRESENTATION OF THE SECOND OF FOUR JANE DOES WHOSE VICTIM STATEMENTS WERE READ ON AUGUST 27, 2019

1  Gloria Allred and Allred, Maroko & Goldberg hereby inform the Court that they no longer
2  represent the third of four Jane Does who were represented by Gloria Allred and Allred, Maroko &
3  Goldberg, and whose Victim Impact Statement was read into the record during the August 27,
4  2019 hearing before the Honorable Richard M. Berman.  The Notice of Withdrawal is only as to
5  the Jane Doe whose statement appears on Page 76, Line 20 through Page 78, Line 20 of the August
6  27, 2019 Transcript of Proceedings.  Gloria Allred and Allred, Maroko & Goldberg continue to
7  represent the other three Jane Does whose Victim Impact Statements appear on Page 75, Line 9
8  through Page 76, Line 17, Page 78, Line 21 through Page 84, Line 2, and on Page 84, Line 4
9  through Page 85, Line 12.

ALLRED, MAROKO & GOLDBERG
GLORIA ALLRED

By: *Gloria Allred* (signature)