UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>     v.<br><br>Jeffrey Epstein,<br><br>          Defendant. | 1:19-cr-490 (RMB) |

## NOTICE OF APPEARANCE

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. Please transmit electronic filings to Jordan.Fox@usdoj.gov.

                                                        Respectfully submitted,

                                                        /s/ Todd Blanche_____
                                                        TODD BLANCHE
                                                        Deputy Attorney General
                                                        (202) 514-2101