UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JEFFREY EPSTEIN,<br><br>                      Defendant. | No. 19 CR. 490 (RMB)<br><br>NOTICE OF APPEARANCE |

TO:    Clerk of Court
           United States District Court
           Southern District of New York

        The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for the United States of America and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          July 21, 2025

                                                            Respectfully submitted,

                                                            JAY CLAYTON
                                                            United States Attorney for the
                                                            Southern District of New York

                               By:     /s/ Jeffrey Oestericher
                                                           JEFFREY OESTERICHER
                                                           Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                           New York, New York 10007
                                                          Telephone: (212) 637-2695
                                                           Facsimile:  (212) 637-0033
                                                           Email:  Jeffrey.Oestericher@usdoj.gov