**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                    19 CR. 490 (RMB)

        -against-
                                                    **ORDER**

JEFFREY EPSTEIN,
                          Defendant.
-----------------------------------------------------------X

        In order to assist the Court in its review of the Government's motion, dated July 18, 2025

(ECF No. 61), the Court respectfully requests the Government, by Monday, August 4, 2025, to

provide the Court with a letter:

1.  Verifying the date(s) of all grand jury presentation(s) in this case;

2.  Providing all exhibits shown to the grand jurors;

3.  Stating whether the Government moves to unseal the grand jury exhibits as well as the

    transcripts;

4.  Identifying with specificity the grand jury exhibits that are not already part of the public

    record (They may be redacted for any public release);

5.  Analyzing how the *Nolle Prosequi* (ECF No. 52) filed in this case impacts proposed

    disclosure, with legal authorities.

Dated: New York, New York
       July 31, 2025

                                        _Richard M. Berman_
                                        _____
                                        RICHARD M. BERMAN, U.S.D.J.