MEMO ENDORSED                August 4, 2025                                        Page 1

**VIA EMAIL TO JUDGE BERMAN:**
Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Docket and file.
>
> SO ORDERED:
> Date: 08/04/25    *Richard A. Berman*
> Richard M. Berman, U.S.D.J.

     Re:    <u>USA vs. Epstein, 1:19-cr-00490-RMB</u>

Dear Hon. Judge Berman:

     As a suffering victim of Epstein and his co-conspirators, I would like to highlight some things that stand out to me and for many reasons on the latest 'memo' written by an anonymous member of the DOJ.

     One, I am not sure the highest priority here is the victims, justice for the victims or combatting child exploitation, or at least I do not feel this way. If there was justice for the victims we would see some kind of accountability for the years they allowed this horrible human being, if you can call him that, to prey on underage and young girls while jet-setting around the world with high-profile individuals and/or entrapping his victims in his various mansions and/or his notorious private island. And to make matters more severe continued to traffic, rape and assault victims while on prison work-release and/or even after being a registered sex offender for about a decade. Rather, I feel like the DOJ's and FBI's priority is protecting the "third-party", the wealthy men by focusing on scrubbing their names off the files of which the victims, "know who they are". To learn that our own president has utilized thousands of agents to protect his identity and these high-profile individuals is monumentally mind-blowing. That is their focus? Wow!

     Two, the fact that he "Killed himself" in prison leaves us all empty, without answers, without resolution, with the ongoing conspiracy that will never die. I ask myself every day, what happened? Did he really "Kill himself"? Is he still alive? Where is he buried? Why didn't we get to see his dead body? This all leaves me fearful, angry and rightfully devastated and damaged.

     Three, the latest attention on the "Epstein Files", the "Client List" is OUT OF CONTROL and the ones that are left to suffer are not the high-profile individuals, IT IS THE VICTIMS. Why the lack of concern in handling such sensitive information for the victims sake?

     I appreciate your time reading my short thoughts and feeling and my anxiety and frustration is NOT aimed at you, obviously. It is aimed at the very government here, the ones asking to release these transcripts, exhibits, etc., of which the victims are not privy to while they have concluded that there is nothing more to see on the files they hold. Yet no one has seen them, but them. I am beside myself.

     I think what I would request from you, your honor, is to consider having an approved third-party review these documents to ensure that NO victims names or likenesses are revealed through this release. It is imperative with the scrutiny over this media frenzy that the victims are completely and entirely protected.

Thank you so much for your time.

I have attached the portion of the DOJ's memo and link to their statement.

*[Consistent with prior disclosures, this review confirmed that Epstein harmed over one thousand victims. Each suffered unique trauma. Sensitive information relating to these victims is intertwined throughout the materials. This includes specific details such as victim names and likenesses, physical descriptions, places of birth, associates, and employment history.*

*One of our highest priorities is combatting child exploitation and bringing justice to victims. Perpetuating unfounded theories about Epstein serves neither of those ends.*

*To that end, while we have labored to provide the public with maximum information regarding Epstein and ensured examination of any evidence in the government's possession, it is the determination of the Department of Justice and the Federal Bureau of Investigation that no further disclosure would be appropriate or warranted.]*

https://www.justice.gov/opa/media/1407001/dl?inline