

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

August 5, 2025

VIA ECF AND EMAIL

The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

   Re:  United States of America v. Jeffrey Epstein, Case No. 19-cr-490 (RMB)

Dear Judge Berman:

  On behalf of the Co-Executors of the Estate of Jeffrey Epstein, we write at the Court's invitation by Order in this action dated July 22, 2025 (ECF No. 63) to set out the Epstein Estate's position regarding the Government's recent motion to unseal all grand jury transcripts in this action, "subject to appropriate redactions of victim-related and other personal identifying information" (ECF No. 61 at 1-2).

  In view of the Government's commitment to protect the identities of those claiming to have been victimized by Mr. Epstein, the Epstein Estate takes no position regarding the Government's motion to unseal.

         Respectfully submitted,

         Daniel H. Weiner and Daniel Ruzumna
         Counsel for the Co-Executors of the Epstein Estate

cc:  All Counsel (via ECF)

283537852_1