UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEFFREY EPSTEIN,
                        Defendant.

19 CR. 490 (RMB)

**ORDER**

In order to assist the Court in its review of the Government's motion, dated July 18, 2025 (ECF No. 61), the Court respectfully requests the Government, by Friday, August 8, 2025 at 12:00 p.m., to submit the following:

1. The Government's reply, if any, to submissions by Epstein's representative and/or submissions by or on behalf of the victims;

2. The extent to which the *Epstein* grand jury testimony and the accompanying grand jury exhibits have been made publicly available, including without limitation, in *United States v. Maxwell* and *Guiffre v. Maxwell*, 15 Civ. 7433 (LAP), *see* Gov't Letter, dated Aug. 4, 2025, at 3 n. 1 (ECF No. 70); and

3. The Government's position on unsealing the exhibits.

Date: August 6, 2025
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.