

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 14, 2025

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jeffrey Epstein*,
           19 Cr. 490 (RMB)

Dear Judge Berman:

    Further to the Government's August 8, 2025, letter, we write to confirm that the Government has completed its notification process with respect to the grand jury exhibits for any such parties it was able to identify.

    As always, the Government is available to answer any questions the Court may have.

                                                                 Respectfully submitted,

                                                                 PAMELA J. BONDI
                                                                 United States Attorney General

                                                               TODD BLANCHE
                                                               Deputy United States Attorney General
                                                             United States Department of Justice


                                                             /s/ Jay Clayton
                                                             JAY CLAYTON
                                                             United States Attorney
                                                             Southern District of New York