**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 19 CR. 490 (RMB) |
| | **ORDER** |
| JEFFREY EPSTEIN, | |
| Defendant. | |

      The Court is in receipt of a letter, dated August 13, 2025, from Tom Winter, a reporter at NBC News (attached). The letter requests that the Court unseal two names in a submission to this Court filed on July 16, 2019. *See* ECF No. 23.

      The Court respectfully requests that the Government respond to the NBC letter (with authorities) by Friday, September 5, 2025. The Government is also requested to use "best efforts" to notify the two individuals and their counsel of this briefing schedule and to invite their participation.

      The Epstein victims and their counsel are also invited to participate and to submit in writing by September 5, 2025.

      NBC may reply by September 12, 2025.

Date: August 26, 2025
New York, New York

**RICHARD M. BERMAN, U.S.D.J.**

August 13, 2025

**Via E-mail**



The Honorable Richard M. Berman
United States Courthouse
500 Pearl St.
New York, NY 1007-1312

### Re: Request to Unseal Redactions to July 16, 2019 Memorandum

Judge Berman:

I am a reporter for NBC News and have been covering the proceedings in *U.S. v. Jeffrey Epstein*.

I respectfully request that the Court unseal two redactions in a July 16, 2019 memorandum docketed by the Government in support of Mr. Epstein's pretrial detention. *See* ECF 23. The redactions are both on page one of that document and appear to concern the identities of two associates of Mr. Epstein who received substantial payments from him shortly after the *Miami Herald* began publishing a series of articles exposing his sex crimes.[1]

There does not appear to be any basis for keeping the names redacted. At a July 15, 2019 hearing, the Government originally justified the sealing of those two names because it did not "want to reveal the names of potential witnesses . . ." ECF 36 at 69:4-22. That concern is no longer an issue: Mr. Epstein has since died, this proceeding has ended, and just last month the Government stated it did not "uncover evidence that could predicate an investigation against uncharged third parties."

I therefore respectfully request that the Court unseal those two names from the memorandum. Doing so would give the public a better understanding of the case and will not reveal sensitive information about victims.

I appreciate the Court's time and consideration.

Respectfully submitted,

Tom Winter
NBC News

---

[1] NBC News is not currently asking the Court to unseal redactions made to Exhibit 1 to the memorandum. *See* ECF 23-1.