**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| UNITED STATES OF AMERICA, |
| -against- |
| JEFFREY EPSTEIN, |
| Defendant. |

19 Cr. 490 (RMB)

**ORDER**

On August 20, 2025, this Court denied the U.S. Department of Justice's (the "Government") motion to unseal grand jury transcripts and exhibits in this case. *See United States v. Epstein*, No. 19 Cr. 490 (RMB), 2025 WL 2407599, at *8 (S.D.N.Y. Aug. 20, 2025).[1] On November 24, 2025, the Government filed a second motion to unseal (the same) grand jury transcripts and exhibits in *United States v. Epstein* "[p]ursuant to H.R. 4405, the Epstein Files Transparency Act (the "Act"), and at the direction of the [U.S.] Attorney General . . . ." Gov't Mot., dated Nov. 24, 2025, at 1 (ECF No. 85).

The submission schedule is as follows:

***Submission from Jeffrey Epstein's Representative***: Any submission on behalf of the deceased defendant Epstein is to be delivered to the Court's chambers by **noon on December 3, 2025**.[2]

***Submissions from Victims***: Pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771, the Government shall immediately notify Epstein's victims of the second motion to

---

[1] The Government did not appeal the denial.
[2] The criminal case against Epstein was dismissed following a hearing on August 27, 2019. The hearing included presentations from Epstein victims and their counsel. *See* Hr'g Tr., dated Aug. 27, 2019 (ECF No. 53).

1

unseal. Submissions from victims who wish to be heard (directly or through counsel) in response to the Government's second motion are due by **noon on December 3, 2025**. Victim submissions are requested to be emailed to chambers at BermanNYSDChambers@nysd.uscourts.gov.

The Government may respond to Epstein and victim submissions by **noon on December 8, 2025.**

The Court will use its best efforts to resolve this motion promptly.

Dated: November 25, 2025
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.