

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 27, 2026

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:   *United States v. Jeffrey Epstein*,
              19 Cr. 490 (RMB)

              *United States v. Ghislaine Maxwell*,
              20 Cr. 330 (PAE)

Dear Judges Berman and Engelmayer:

     The Department respectfully submits this letter as an update to its previous submissions to the Court regarding the review and redaction of certain of the materials required to be published pursuant to the directives of H.R. 4405, the Epstein Files Transparency Act (the "Act").[1]

The Department continues to make substantial progress in its efforts to identify potentially responsive documents, review those documents, redact victim identifying information and privileged information, engage in quality control processes, and prepare responsive documents for

---

[1] In particular, the Department references *United States v. Epstein*, 19 Cr. 490 (RMB) (S.D.N.Y.) Dkts. 87, 88, 91, 94; and *United States v. Maxwell*, 20 Cr. 330 (PAE) (S.D.N.Y.) Dkts. 819, 823, 826, 839. As noted in the Department's prior letters, while not all the materials under review are covered by the Courts' Orders, the Department nevertheless continues to implement procedures across its review to ensure that victim-identifying information is protected consistent with the Courts' Orders and to the maximum extent practicable.

Hons. Richard M. Berman and Paul A. Engelmayer, U.S.D.J.
January 27, 2026
Page 2 of 4

publication in accordance with the Act.  Indeed, the Department has reviewed millions of pages of materials, applying redactions as appropriate, to include documents (such as emails and text messages) as well as video and audio recordings created and/or maintained by the defendants.  The Department continues to engage with victims and victims' counsel and apply quality control checks to ensure that victim privacy is protected to the maximum extent practicable.  Contemporaneously with these efforts, the Department, using internal resources and with support from its vendors, has endeavored to ensure that the document management systems it is using to comply with the Act are operating and will continue to operate in accordance with the requirements of the Act and the Department's commitment to protecting victims' privacy.  Those efforts include not only manual review by hundreds of Department attorneys, agents and others conducting page-by-page review of millions of pages of documents, but also electronic searches for victims' names or other identifiers to isolate documents that are particularly sensitive and require supplemental review as well as relief from various protective Orders issued in other Courts.

The Department currently expects that it will complete these processes with respect to substantially all of the potentially responsive documents, including publication to the Epstein Library website, in the near term.  The Department is not able to provide a specific date at this time and cautions that its ongoing processes, including its quality control checks and document management system preparations, may require additional efforts to ensure the protection of victim-identifying information while complying with the broad demands of the Act.

More specifically:

- The Department has reviewed and redacted, as appropriate, several millions of pages of materials identified in files maintained by the Department, the FBI, and the relevant U.S. Attorneys' Offices;

- These materials include not only internal Department communications, but documents acquired and created in the course of the various investigations at issue as well as audio and video files obtained during those investigations—redacted as appropriate pursuant to the Act and the Department's ongoing commitment to the protection of victims;

- As noted in prior correspondence, these materials have been subject to manual review by hundreds of Department employees, in consultation with counsel for victims as well as the victims themselves, to mitigate and minimize the risk of disclosure of any victim-identifying information.[2]

---

[2] As the Department previously noted, compliance with the Act is a substantial undertaking, principally because of the size and varying types of materials and because, for a substantial number of those materials, the capabilities of the document management systems are not in themselves sufficient to ensure victim identifying information is redacted.  As a result careful, manual review is necessary to ensure that information is identified and redacted before materials are released.

Hons. Richard M. Berman and Paul A. Engelmayer, U.S.D.J.
January 27, 2026
Page 3 of 4

Department attorneys, agents, and others have dedicated days and weeks to compliance with the Act and will continue to do so until it is complete. In addition, pursuant to the Court's directive, including attorneys from the SDNY, have taken an additional review to ensure that any production is consistent with both the letter and spirit of the Courts' protective Orders.

Specifically:

- This manual review has included for example, searches related to the names of hundreds of self-identified victims as well as individuals, out of an abundance of caution, the Department itself believes are or may be victims based on the information available to the Department. The Department has undertaken this potential victim identification process with great caution and inclusiveness in the spirit of its obligations to victims and the Courts' Orders;

- In addition to the victim-related searches and manual reviews, the Department is in the process of conducting various quality-control related searches and reviews to ensure that its processes have operated as expected and have provided, to the extent practicable, the maximum level of consistency in the treatment of similar materials across the production; and

- The Department has continued to work with, and will continue to work with, counsel for victims, and indeed victims themselves, to ensure that the anticipated productions identify and redact victim-identifying information.

The Department continues to invite victims and/or their counsel to contact the Department promptly if there is any concern about materials that are published pursuant to the Act. As noted in prior filings with the Court, and public statements, the Department remains committed to protecting the privacy of victims and other personal identifying information ("PII"), the production of which is not called for under the Act.

To the extent applicable, the Department reminds the public generally, and victims specifically, that if anyone believes materials improperly or inappropriately have been published pursuant to the Act at https://www.justice.gov/epstein, they should contact the Department at EFTA@usdoj.gov.

The Department will continue to apprise the Court of its progress in this regard. Although the Act provides for the withholding of materials on a temporary basis to allow for review and redaction of personally identifiable information of victims,[3] as discussed above, hundreds of Department employees are working diligently to complete this review as expeditiously as possible

---

[3] In addition, in its efforts to comply with the Court's Orders, the Department has undertaken particular processes for certification of protective order materials before their release.

Case 1:19-cr-00490-RMB    Document 97    Filed 01/27/26    Page 4 of 4

Hons. Richard M. Berman and Paul A. Engelmayer, U.S.D.J.
January 27, 2026
Page 4 of 4

without compromising victims' privacy so that its production can be complete. *See* Act § 2(c)(1)(A) & (C).

    The Government remains available, as always, to answer any questions the Court may have.

    Respectfully yours,

    PAMELA J. BONDI
    United States Attorney General

    TODD BLANCHE
    Deputy United States Attorney General
    United States Department of Justice


    /s/ Jay Clayton
    JAY CLAYTON
    United States Attorney
    Southern District of New York