UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :        19 Cr. 490 (RMB)
                                         :
        - against -                      :        **MEMORANDUM**
                                         :
                                         :
Jeffrey Epstein,                         :
                                         :
                    Defendant.           :
------------------------------------------------------------x

To: Attorney Henderson and U.S. Attorney Clayton

Thank you for your recent letters, dated January 30, 2026, January 31, 2026, February 1, 2026, and February 2, 2026. I recognize your concern and the urgency of the issues you have presented. I will set aside a conference on Wednesday, February 4 at 11:30 a.m., if that is convenient for you (500 Pearl Street, Courtroom 17B). You are invited to bring your clients.

I am not certain how helpful I can be. And, I encourage you to continue to resolve open issues in good faith.


Dated: February 2, 2026
       New York, NY


                                                    _____
                                                    RICHARD M. BERMAN
                                                    U.S.D.J.