Outlook

---

Re: Letters recently filed in 19cr490

---

From  Brittany Henderson <Brittany@cvlf.com>
Date  Mon 2/2/2026 6:24 PM
To    Berman NYSD Chambers <BermanNYSDChambers@nysd.uscourts.gov>; Sean.Buckley@usdoj.gov <Sean.Buckley@usdoj.gov>

**CAUTION - EXTERNAL:**

Judge Berman,

We appreciate the Court's prompt attention to this matter and the opportunity to be heard on Wednesday.

Our sole objective is the immediate protection of victims through the correction of the Department of Justice's redaction failures. We do not seek to grandstand or to cast the Department in a negative light amid the public attention surrounding Jeffrey Epstein.

In the interest of judicial economy, if the Department will commit to fully correcting all redaction deficiencies, including those identified by victims, by our office, or by counsel for other victims to date—ensuring that none of the approximately 350 names identified on the victim list provided to DOJ on December 4, 2025 remain unredacted in the publicly available files—by 12:00 p.m. on February 4, 2026, or, in the alternative, will agree to temporarily remove the DOJ website at that time until all documents have been properly redacted, we would consider that response sufficient to address the ongoing harm caused by the disclosure issues.

Should the Department decline to commit to taking either of these steps to ensure victim protection, we look forward to appearing before the Court on Wednesday at 11:30 a.m.

Respectfully,

**EDWARDS HENDERSON**
THE
**CRIME VICTIM**
LAW FIRM

Brittany Henderson
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
brittany@cvlf.com | www.cvlf.com

> Docket + file
>
> SO ORDERED:
> Date: 2/3/26    Richard M. Berman
>                 Richard M. Berman, U.S.D.J.

---

**From:** Berman NYSD Chambers <BermanNYSDChambers@nysd.uscourts.gov>
**Sent:** Monday, February 2, 2026 14:58

**To:** Brittany Henderson <Brittany@cvlf.com>; Sean.Buckley@usdoj.gov <Sean.Buckley@usdoj.gov>
**Subject:** Re: Letters recently filed in 19cr490

Attached, please find a courtesy copy of the Court's response to the recently-filed letters in <u>United States v. Epstein</u>, 19cr490. This memorandum will be posted to the docket shortly.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.